**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | **RE:** | Jasmin Renee GREEN |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:19-cr-00073-VC-6 |
| **Date:** | 4/12/19 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                                    510-637-3752

U.S. Pretrial Services Officer                              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] **Modification(s)**

1) **The defendant shall participate in mental health treatment as directed by Pretrial Services. The defendant may continue to see her own mental health treatment provider as long as she signs a release of information form allowing Pretrial Services to communicate with the provider.**
2)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____                    April 12, 2019
**JUDICIAL OFFICER**                                  **DATE**

*[Signed: Judge Joseph C. Spero]*